**R23 LAW APC**
Peng Shao (319624)
Peng@R23Law.com
Ed Choi (271466)
Ed.Choi@R23Law.com
Litigation@R23Law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel: 888-533-2948
Fax: 415-558-0230

*Attorneys for Plaintiff*
*Jermaine Ellington*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JERMAINE ELLINGTON**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI DBA MOHELA; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; AND DOES 1 TO 20,** inclusive;<br><br>Defendants. | CASE NO. 2:26-cv-00305-JAM-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC <u>ONLY</u>** |

# JOINT STIPULATION OF DISMISSAL UNDER FRCP 41(A) AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff JERMAINE ELLINGTON, and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(2), that this action, including all claims and causes of action, be DISMISSED WITH PREJUDICE against Defendant(s) EQUIFAX INFORMATION SERVICES, LLC only with each party bearing their own attorney's fees and costs.

Respectfully submitted,

DATED: November 11, 2026

**R23 LAW APC**

BY: */S/ Peng Shao*
Peng Shao, Esq.

*Attorney for Plaintiff Jermaine Ellington*

DATED: November 11, 2026

**NOKES & QUINN**

BY: */S/ Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr., Esq.

*Attorney for Defendant Equifax Information Services, LLC*

# SIGNATURE CERTIFICATION

I, Peng Shao, hereby certify that the content of this document is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

DATED: November 11, 2026

**R23 LAW APC**

BY: */s/ Peng Shao*
Peng Shao, Esq.

*Attorney for Plaintiff Jermaine Ellington*

**ORDER DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**

Based on the stipulation of the parties, it is hereby ordered that Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to Defendant EQUIFAX INFORMATION SERVICES, LLC only. Each party to bear its own costs.

Dated: November 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE